**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MARTIN ROBINSON, | ) | CASE NO. 1:11-CV-1609 |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | **STIPULATION OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| LT. JEROME BARROW, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

We, the attorneys for the respective parties, stipulate under Rule 41 of the Federal Rules of Civil Procedure that this action is settled and dismissed with prejudice. Each party will bear its own costs and attorneys' fees. The Court shall retain jurisdiction to enforce the terms of the parties settlement agreement. The Court may enter an order accordingly, notice by the Clerk being waived.

IT IS SO ORDERED

_____
JUDGE JAMES S. GWIN

1

| | |
|---|---|
| /s Terry H. Gilbert<br>TERRY H. GILBERT (0021948)<br>Friedman & Gilbert<br>600 Standard Bldg.<br>1370 Ontario Street<br>Cleveland, OH 44113<br>Tel: (216) 241-1430<br>Fax: (216) 621-0427<br>Email:  tgilbert@f-glaw.com<br><br>ATTORNEY FOR PLAINTIFF<br>MARTIN ROBINSON<br><br>/s Gordon S. Friedman<br>GORDON S. FRIEDMAN (0021946)<br>Friedman & Gilbert<br>600 Standard Bldg.<br>1370 Ontario Street<br>Cleveland, OH 44113<br>Tel: (216) 241-1430<br>Fax: (216) 621-0427<br>Email:  gorlawt@f-glaw.com<br><br>ATTORNEY FOR PLAINTIFF<br>MARTIN ROBINSON<br><br>/s D. Scott Kalish<br>D. SCOTT KALISH   (0063002)<br>405 Western Reserve Bldg.<br>1468 West Ninth Street<br>Cleveland, OH 44113<br>Tel:  (216) 502-0570<br>Email:  scottkalishcollc@cs.com<br><br>ATTORNEY FOR THE PLAINTIFF/<br>INTERVENOR BUREAU OF WORKERS'<br>COMPENSATION AND THE OHIO<br>ATTORNEY GENERAL | BARBARA LANGHENRY (0038838)<br><br>Interim Director of Law<br><br>By: /s Joseph F. Scott<br>JOSEPH F. SCOTT (0029780)<br>Chief Assistant Director of Law<br>AWATEF ASSAD (0065535)<br>Assistant Director of Law<br>City of Cleveland, Department of Law<br>601 Lakeside Avenue, Room 106<br>Cleveland, Ohio 44114-1077<br>Tel: (216) 664-2716<br>Fax: (216) 664-2663<br><br>E-mail: jscott@city.cleveland.oh.us<br>         aassad@city.cleveland.oh.us<br><br>ATTORNEYS FOR DEFENDATNS ERIN O'DONNELL, MICHAEL DEMCHAK, JEROME BARROW, AND ANTHONY SPENCER<br><br>/s Shawn M. Mallamad<br>L. STEWART HASTINGS, JR. (0025852)<br>Chief Assistant Director of Law<br>SHAWN M. MALLAMAD(0011398)<br>Assistant Director of Law<br>City of Cleveland, Department of Law<br>601 Lakeside Avenue, Room 106<br>Cleveland, Ohio 44114-1077<br>Tel: (216) 663-3774<br>Fax:  (216) 664-2663<br>Email:  smallamad@city.cleveland.oh.us<br>Email:  lshastings@city.cleveland.oh.us<br><br>ATTORNEYS FOR THE CITY OF CLEVELAND |